UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| TANYQUA LATRICE OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:20-cv-107-HRW |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| JUDGE ERNESTO SCORSONE, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Tanyqua Latrice Oliver is a resident of Cincinnati, Ohio. Proceeding without a lawyer, Oliver filed a civil rights complaint in which she names Fayette County Circuit Court Judge Ernesto Scorsone as the only defendant. [D. E. No. 1]. Oliver also filed a motion for leave to proceed *in forma pauperis*. [D. E. No. 2].

As an initial matter, the Court will grant Oliver's fee motion and allow her to proceed as a pauper. That is because the financial information Oliver has provided indicates that she is on public assistance and currently lacks sufficient assets or income to pay the filing and administrative fees in this case.

That said, the Court has conducted an initial review of Oliver's complaint pursuant to 28 U.S.C. § 1915(e)(2), and it will dismiss her pleading. That is because Oliver's submission is frivolous and otherwise fails to state a claim upon which relief may be granted. After all, as best as the Court can tell, Oliver is simply alleging that

she has an ongoing criminal case in state court and that presiding Judge Scorsone will not allow her to use her personal electronic device to broadcast her hearings on her social media pages. [*See* D. E. No. 1 at 3-5]. Oliver suggests that this means that Judge Scorsone is involved in a conspiracy to violate her rights under the First, Seventh, and Fourteenth Amendments to the United States Constitution, as well as her rights under certain state statutory provisions. [*see id.* at 4-9]. Oliver, however, has not clearly explained how the Judge's alleged conduct, even if true, runs afoul of her free speech rights, right to a trial by jury, due process rights, or her other constitutional or statutory rights. In sum, while the Court has fully reviewed Oliver's submission, her allegations are simply not enough to survive this Court's initial screening.

Accordingly, it is **ORDERED** that:

1. Oliver's motion for leave to proceed *in forma pauperis* [D. E. No. 2] is **GRANTED** and payment of the filing and administrative fees is **WAIVED**.

2. That said, Oliver's complaint [D. E. No. 1] is **DISMISSED**.

3. This action is **STRICKEN** from the Court's docket.

4. The Court will enter a corresponding Judgment.

This 24th day of March, 2020.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge