UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| TANYQUA LATRICE OLIVER, | ) | |
| Plaintiff, | ) | Case No. 5:20-cv-107-HRW |
| v. | ) | |
| JUDGE ERNESTO SCORSONE, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Tanyqua Latrice Oliver's complaint [D. E. No. 1] is **DISMISSED** because it is frivolous and otherwise fails to state a claim upon which relief may be granted.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 24th day of March, 2020.



Signed By:
*Henry R Wilhoit Jr.*
United States District Judge